IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE ALTENBURGER,** | : | |
| Petitioner | : | No. 1:24-cv-00183 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **D. CHRISTENSEN, Warden,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 15th day of August 2025, upon consideration of pro se Petitioner Bruce Altenburger's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED AS MOOT**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania
